IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3163 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| BRANDON GEROME COFFMAN, | ) | |
| | ) | |
| Defendant. | ) | |

I have reviewed the appeal from Magistrate's order denying review of detention (filing 18). Whether I review the Magistrate Judge's decision de novo or otherwise, it is apparent that Magistrate Judge Piester's decision was correct. Therefore,

IT IS ORDERED that the appeal (filing 18) is denied.

January 20, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge