IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3163 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| BRANDON GEROME COFFMAN, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court upon Defendant's Notice of Appeal (filing 56) and Motion for Leave to Appeal In Forma Pauperis (filing 57). In support of his motions, the defendant has submitted an affidavit showing the defendant's inability to pay or to give security for fees and costs, as well as documents claiming an entitlement to redress and stating the issues that the defendant intends to present on appeal. (Filings 56 & 57.) *See* Fed. R. App. P. 24(a). I shall grant the defendant's Motion for Leave to Appeal In Forma Pauperis, and the defendant may proceed on appeal without prepayment of fees or costs or the giving of security therefor.

    IT IS ORDERED:

    1.    Defendant's Motion for Leave to Appeal In Forma Pauperis (filing 57) is granted;

    2.    Defendant may proceed on appeal without prepayment of fees or costs;

    3.    The Clerk of the United States District Court for the District of Nebraska shall process Defendant's appeal.

    DATED this 3rd day of January, 2011.

                                                                BY THE COURT:
                                                                s/ *Richard G. Kopf*
                                                                 United States District Judge