IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3163 |
| | ) | |
| V. | ) | |
| | ) | |
| BRANDON GEROME COFFMAN, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

      The defendant *may* be entitled to a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) and General Order 2014-06 ("IN THE MATTER OF THE CASES WHERE MOTIONS TO AMEND SENTENCES PURSUANT TO AMENDMENT 782 IN APPENDIX C TO THE SENTENCING GUIDELINES MANUAL MAY BE FILED"). The defendant should understand that I have made no determination whether the defendant is covered by the Amendment or whether the defendant, if covered by the Amendment, should be given a reduction.  Those questions are yet to be determined. With the foregoing in mind,

      IT IS ORDERED that:

1. Treated as a motion, filing 76 is held in abeyance pending the subsequent resolution contemplated by this order.

2. The Federal Public Defender (or his nominee) is herewith appointed to represent the defendant.   The Clerk's office shall provide the Federal Public Defender and the defendant with a copy of this order.  *Appointed counsel shall promptly enter an appearance.*

3. No later than November 10, 2014, the probation office shall file as a restricted (but not sealed) document and provide the undersigned *and* counsel of record with a "Retroactive Sentencing Worksheet."  If the officer requires additional time, a request may be made to the undersigned by e-mail.  The Clerk's office shall provide Mike Norton, Supervisory United States Probation Officer, with a copy of this Memorandum and Order.

4. No later than December 10, 2014, counsel of record shall confer and do one of the following:

    A.    File a stipulation signed by both counsel containing the following provisions: (i) an agreement that the defendant is eligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c) and U.S.S.G. § 1B1.10; (ii) an agreement that the defendant may be resentenced without being present and without further notice; and (iii) an agreement regarding the recommended sentence.

    B.    In lieu of the stipulation provided in paragraph A, counsel for the government shall contact my judicial assistant and arrange a telephone conference with the undersigned and counsel for the defendant so that further progression of this case may be scheduled.

September 10, 2014.

                      BY THE COURT:

                      *Richard G. Kopf*
                      Senior United States District Judge