IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3163 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| BRANDON GEROME COFFMAN, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of a letter from Mr. Coffman.

IT IS ORDERED that the letter (filing 83), treated as a motion, is granted in part. The question of whether the defendant is entitled to a sentence reduction remains pending. Otherwise, the motion is denied.

Dated January 20, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge