IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:08CR3163 |
| vs. | |
| BRANDON GEROME COFFMAN, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion for temporary release, (Filing No. 114), is granted.

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

> Defendant shall be released to attend his court hearing in Fillmore County scheduled to begin at **11:00 a.m.** on March 21, 2018, at the Fillmore County Courthouse, in Geneva, Nebraska. Defendant is not permitted to go anywhere other than to his hearing, returning directly back to treatment after the hearing is over.

3) Defendant will be picked up from The Bridge, Lincoln, Nebraska by his sister, Veronica Sanchez, for timely transport to and from Defendant's court hearing.

March 20, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge