IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON GEROME COFFMAN,<br><br>Defendant. | 4:08CR3163<br><br>ORDER |

IT IS ORDERED:

1) Defendant's unopposed motion to modify conditions of release, (Filing No.120), is granted.

2) The Court's prior order, (Filing No. 117), is modified as follows: Upon Defendant's anticipated completion or discharge from treatment, the defendant is permitted to transition to live in his sister's home.

3) The defendant shall comply with all other terms and conditions of his supervised release which were imposed at sentencing.

Dated this 3rd day of July, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge