IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3163 |
| v. | ) | |
| BRANDON GEROME COFFMAN, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's Motion to Dismiss Petition for Revocation (filing no. 125) is granted. The Petition for Offender Under Supervision (filing no. 95) is dismissed without prejudice. The Defendant's November 20, 2018, revocation hearing is canceled.

DATED this 19th day of November, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge